# Court of Appeals
## Tenth Appellate District of Texas

10-25-00454-CV

Cleve Wells,
Appellant

v.

Dustin Lee Chestnut,
Appellee

On appeal from the
County Court at Law No. 2 of Johnson County, Texas
Judge F. Steven McClure, presiding
Trial Court Cause No. CC-C20250449

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Cleve Wells appealed a judgment signed by the trial court on November 17, 2025. The Appellant's brief was initially due on January 14, 2026. By letter from the Clerk dated February 4, 2026, Appellant was notified that his brief was late and that "unless Appellant's brief or a response showing grounds for continuing this appeal is filed by appellant or any party desiring to continue

this appeal on or before **Wednesday, February 25, 2026**, the court may dismiss the appeal for want of prosecution." (emphasis in original.)

Appellant has not responded to the Clerk's letter, and the brief has not been filed. Accordingly, this appeal is dismissed for want of prosecution and failure to follow a directive of the Clerk of this Court. *See* TEX. R. APP. P. 42.3 (b), (c).

 

 

STEVE SMITH
Justice

OPINION DELIVERED and FILED: March 12, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

